1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   GERARDO LOPEZ-DELOYA

FILED
APR 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Cr.S. 09-067-EJG |
| Plaintiff,                          ) | |
|                                     ) | **STIPULATION AND [PROPOSED]** |
| v.                                  ) | **ORDER** |
|                                     ) | |
| GERARDO LOPEZ-DELOYA,               ) | DATE: April 10, 2009 |
|                                     ) | TIME: 10:00 a.m. |
| Defendant.                          ) | JUDGE: Hon. Edward J. Garcia |
|                                     ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, GERARDO LOPEZ-DELOYA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 10, 2009 be continued to Friday, May 8, 2009 at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for May 8, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 7, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
GERARDO LOPEZ-DELOYA

DATED: April 7, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 7, 2009.

EDWARD J. GARCIA
United States District Judge